UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILLIE HARRIS,

         Plaintiff,         CIV. S-02-2436 PAN PS

    v.

GORDON R. ENGLAND, SECRETARY, U.S.      ORDER
DEPARTMENT OF THE NAVY, and DOES 1
through 50,

         Defendants.
_____

BILLIE HARRIS,

         Plaintiff,         CIV. S-02-2440-PAN PS

    v.

GORDON R. ENGLAND, SECRETARY, U.S.      ORDER
DEPARTMENT OF THE NAVY, and DOES 1
through 50,

         Defendants.

                -o0o-

////

On June 14, 2005, following this court's denial of defendant's motion for summary judgment April 2005 and the filing of the parties' joint status report May 2005, the parties stipulated to a three-to-six-month suspension of all activity in this case due to the fire destruction of plaintiff's home and files June 8, and her heart surgery June 17.

The parties shall file a joint status report on or before December 15, 2005, addressing anew each of the matters set forth in their May 5 report, and explaining plaintiff's need, if any, for further continuances and defendant's position thereto.

So ordered.

Dated:   November 9, 2005.

      /s/ Peter A. Nowinski
      PETER A. NOWINSKI
      Magistrate Judge