1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2760

5  Attorneys for Defendant

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10

11    BILLIE HARRIS,                          CIV-S-02-2436 PAN (JFM)

12            Plaintiff,                       **DEFENDANT'S CONSENSUAL
                                               EX PARTE APPLICATION FOR
13       v.                                    21-DAY SECOND EXTENSION
                                               OF TIME TO RESPOND TO
14    GORDON R. ENGLAND, SECRETARY,            PLAINTIFF'S REQUESTS FOR
      U.S. DEPARTMENT OF THE NAVY,             ADMISSIONS SERVED APRIL
15                                             13, 2006; ORDER**
              Defendant.
16

17    BILLIE HARRIS,                           CIV-S-02-2440 PAN (JFM) PS

18            Plaintiff,

19       v.

20    GORDON R. ENGLAND, SECRETARY,
      U.S. DEPARTMENT OF THE NAVY,
21
              Defendant.
22

23         Defendant, the Secretary of the Navy, applies under Local Rule 6-144 for a 21-day

24   second extension, from June 14 until July 5, 2006, of his time as provided by Fed. R. Civ. P.

25   36(a), as extended for an initial 30 days, for response to plaintiff's sixteen sets, embracing

26   approximately 130 pages, of requests for admissions served April 13, 2006.  The reasons for

27   this application are shown in the accompanying counsel declaration.  A suggested form of

28   Order is submitted herewith in the event this application is granted.

1    Dated:  June 14, 2006                    McGREGOR W. SCOTT
                                              United States Attorney
2
                                    By:    /s/ Y H T Himel
3                                          YOSHINORI H. T. HIMEL
                                           Assistant U.S. Attorney
4

5                               DECLARATION

6          YOSHINORI H. T. HIMEL, pursuant to 28 U.S.C. 1746(2), declares as follows:

7          1.  I am an Assistant United States Attorney assigned the captioned case.

8          2.  On April 13, 2006, I received from plaintiff a package covered by a paper entitled

9    "Rule 36: Request for Admissions," asking for more than 70 admissions.

10         3.  The package contained a disk.  Printed from the disk are fifteen more sets of

11   admission requests.  An example, Set 3, contains 228 admission requests in 13 pages.  The

12   fifteen sets from the disk total 129 pages.

13         4.  On May 12, 2006, I estimated that the work of researching plaintiff's thousands of

14   propositions for the purpose of admission, partial admission or denial would take another 30

15   days.  I was wrong.  The task has been too immense to be completed within the time even as

16   extended.  Additionally, the agency attorney, Steve Seaton of Puget Sound Naval Shipyard,

17   Bremerton, Washington, is in surgery and unable to help us resolve the remaining questions.

18         4.  There has been one previous extension of this time, from May 15 until June 14,

19   2006.  Application and Order filed May 31, 2006.  After my application for initial 30-day

20   extension of this time, plaintiff told Pamela Beauvais of this office that she had no objection

21   to that extension.

22         5.  The working relationship with plaintiff continues to be courteous and cooperative,

23   with each side accommodating the other side's needs for extended time.

24         6.  On June 13, 2006, Pamela Beauvais of this office spoke with plaintiff.  Plaintiff

25   agreed to this further three-week extension through July 5, 2006.  There is insufficient time to

26   submit a stipulation before the due date, so we are using this consensual ex parte application.

27         I declare under penalty of perjury that the foregoing is true and correct.  Executed on

28   June 14, 2006.

1

/s/ Y H T Himel
YOSHINORI H. T. HIMEL

2

3

4

ORDER

5

It is APPROVED and SO ORDERED.  Response to plaintiff's requests for admissions

6

served April 12, 2006, shall be due by July 5, 2006.

7

DATED: June 14, 2006.

8

9

10

UNITED STATES MAGISTRATE JUDGE

11

/harr2436.eot

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3