| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | YOSHINORI H. T. HIMEL #66194<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2760 |
| 5 | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE HARRIS,<br>    Plaintiff,<br>  v.<br>GORDON R. ENGLAND, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br>    Defendant. | CIV-S-02-2436 PAN (JFM) PS<br><br>**DEFENDANT'S CONSENSUAL EX PARTE APPLICATION FOR 14-DAY FOURTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS SERVED APRIL 12, 2006; PROPOSED ORDER** |
| BILLIE HARRIS,<br>    Plaintiff,<br>  v.<br>GORDON R. ENGLAND, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br>    Defendant. | CIV-S-02-2440 PAN (JFM) PS |

Defendant, the Secretary of the Navy, applies under Local Rule 6-144 for a 14-day fourth extension, from July 19 until August 2, 2006, of his time as provided by Fed. R. Civ. P. 36(a), as previously extended for a total of 65 days, for response to plaintiff's 1,183 requests for admissions served April 12, 2006. The reasons for this application are shown in the accompanying counsel declaration. A suggested form of Order is submitted herewith in the event this application is granted.

1

1  Dated:  July 19, 2006                    McGREGOR W. SCOTT
                                            United States Attorney
2
                                    By:     /s/ Y H T Himel
3                                           YOSHINORI H. T. HIMEL
                                            Assistant U.S. Attorney
4

5                              DECLARATION

6        YOSHINORI H. T. HIMEL, pursuant to 28 U.S.C. 1746(2), declares as follows:

7        1.  I am an Assistant United States Attorney assigned the captioned case.

8        2.  This ex parte application concerns plaintiff's 16 sets of requests for admissions,

9  embracing, by my count, 1,183 requests occupying 178 pages, served April 12, 2006.

10       3.  There have been three previous extensions of this time:  the first extension from

11 May 15 until June 14, 2006, by Application and Order filed May 31, 2006; the second from

12 June 14 to July 5, 2006, by Application and Order filed June 15, 2006; and the third from July

13 5 to July 19, 2006, by pending Application filed July 3, 2006, for a total of 65 days.

14       4.  The work of researching plaintiff's 1,183 propositions for the purpose of admission,

15 partial admission or denial is nearly finished.  However, there is no certainty that it can be

16 finished by the due date.  Although Theresa Watson, a personnel specialist at Puget Sound

17 Naval Shipyard, Bremerton, Washington, has been researching and answering the discovery

18 virtually full-time, her efforts to answer a number of questions have required information

19 from sources outside the PSNS organization, and legal advice.  The Navy attorney, Steve

20 Seaton, has been needed; but he has become available only recently because of non-

21 reschedulable depositions and surgery.

22       5.  The working relationship with plaintiff continues to be courteous and cooperative,

23 with each side accommodating the other side's needs for extended time.

24       6.  On July 18, 2006, I spoke with plaintiff.  Plaintiff consented to this further two-

25 week extension through August 2, 2006.  Because of mailing delays there is insufficient time

26 to submit a stipulation before the due date, so we are using this consensual ex parte

27 application.

28

1  I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2  July 19, 2006.

3  　　　　　　　　　　　　　　　　　　/s/ Y H T Himel
　　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
4

5

6  　　　　　　　　　　　　　　　　　ORDER

7  　　It is APPROVED and SO ORDERED.  Response to plaintiff's requests for admissions
8  served April 12, 2006, shall be due by August 2, 2006.

9  DATED: July 19, 2006.
10

11

12  　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

13

14  /harris.eot2