IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLIE HARRIS, | | |
| | Plaintiff, | No. CIV S-02-2436 EFB PS |
| vs. | | |
| HANSFORD T. JOHNSON,<br>Secretary, U.S. Department of the Navy, | | |
| | Defendant. | |
| BILLIE HARRIS, | | |
| | Plaintiff, | No. CIV S-02-2440 EFB PS |
| vs. | | |
| HANSFORD T. JOHNSON,<br>Secretary, U.S. Department of the Navy, | | |
| | Defendant. | <u>ORDER</u> |

Pursuant to 28 U.S.C. § 455(a), the undersigned disqualifies himself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the

////

////

1 | assignments of civil cases to compensate for such reassignment.

2 |       IT IS SO ORDERED.

3 | DATED: August 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE