1  BILLIE HARRIS
   15565 Hoover Rd.
2  Fallon, NV 89406
   Telephone:  (775) 217-9620
3
   Plaintiff Pro Se
4
   McGREGOR W. SCOTT
5  United States Attorney
   YOSHINORI H. T. HIMEL #66194
6  Assistant U. S. Attorney
   501 I Street, Suite 10-100
7  Sacramento, California 95814
   Telephone:  (916) 554-2760
8
   Attorneys for Defendant
9

10           IN THE UNITED STATES DISTRICT COURT FOR THE

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  | BILLIE HARRIS, | CIV-S-02-2436 KJM PS |
14  | Plaintiff, | **PLAINTIFF'S CONSENSUAL REQUEST FOR SERVICE BY MAIL TO TWO ADDRESSES** |
15  | v. | |
16  | GORDON R. ENGLAND, SECRETARY, U.S. DEPARTMENT OF THE NAVY, | Date:  October 25, 2006<br>Time:  10:00 a.m. |
17  | | Judge: Hon. Kimberly J. Mueller |
18  | Defendant(s). | |
19  | BILLIE HARRIS, | CIV-S-02-2440 KJM PS |
20  | Plaintiff, | |
21  | v. | |
22  | GORDON R. ENGLAND, SECRETARY, U.S. DEPARTMENT OF THE NAVY, | |
23  | | |
24  | Defendant(s). | |

25
26     Plaintiff, with defendant's consent, hereby requests that the Court mail all its orders
27  and other Court-generated papers to two addresses – her residence of record in Fallon,
28  Nevada, and her mother's residence in Martinez, California – as follows:

                                         1

1. Billie Harris
   15565 Hoover Rd.
   Fallon, NV 89406

2. Billie Harris
   c/o Margie Grimes
   4795 Pacheco Blvd.
   Martinez, CA 94553

The reason is that plaintiff may be at either address for extended and unpredictable periods.

Dated: October 25, 2006          /s/ Billie Harris
                                 BILLIE HARRIS

Dated: October 25, 2006          McGREGOR W. SCOTT
                                 United States Attorney

                         By:     /s/ Y H T Himel
                                 YOSHINORI H. T. HIMEL
                                 Assistant U. S. Attorney

## ORDER

Good cause appearing, it is APPROVED and SO ORDERED.  The Clerk shall cause all of the Court's filings to be mailed to both of the above addresses.

DATED: October 25 , 2006.

_____
UNITED STATES MAGISTRATE JUDGE