IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLIE HARRIS, | | |
| | Plaintiff, | CIV. S-02-2436 KJM |
| v. | | |
| GORDON R. ENGLAND, SECRETARY, U.S. DEPARTMENT OF THE NAVY, | | |
| | Defendant. | |

| | | |
|---|---|---|
| BILLIE HARRIS, | | |
| | Plaintiff, | CIV. S-02-2440 KJM |
| v. | | |
| GORDON R. ENGLAND, SECRETARY, U.S. DEPARTMENT OF THE NAVY, | | SCHEDULING ORDER |
| | Defendant. | |

A status conference was held before the undersigned on October 25, 2006. Plaintiff appeared in propria persona. Yoshinori Himel appeared for defendant. Upon review of the status report, discussion of plaintiff and counsel, and good cause appearing, IT IS HEREBY

/////

1

ORDERED that:

1. The Clerk of Court is directed to henceforth serve plaintiff at both her current address of record and the supplemental address as provided in plaintiff's request for service by mail at two addresses, filed October 25, 2006.

2. Plaintiff shall file a motion for summary judgment no later than November 29, 2006.

3. Defendant shall file opposition and cross-motion for summary judgment no later than February 21, 2007.

4. Plaintiff shall file opposition to the cross-motion and reply no later than April 6, 2007.

5. Defendant shall file reply no later than May 22, 2007.

6. Hearing on the cross-motions for summary judgment is set for June 27, 2007 at 10:00 a.m. in courtroom no. 26.

DATED: October 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
harris.oas