1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Defendant

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | BILLIE HARRIS,                              | CIV-S-02-2436 KJM PS
12 |      Plaintiff,                             | **STIPULATION AND ORDER
                                                   FOR INITIAL 3-WEEK
13 |      v.                                     | EXTENSION OF
                                                   DEFENDANT'S TIME TO
14 | HANSFORD T. JOHNSON, SECRETARY,             | FILE OPPOSITION AND
   | U.S. DEPARTMENT OF THE NAVY,                | CROSS-MOTION**
15 |
   |      Defendant.                             |
16 |———————————————————————————————————————————— |
17 | BILLIE HARRIS,                              | CIV-S-02-2440 KJM PS
18 |      Plaintiff,
19 |      v.
20 | HANSFORD T. JOHNSON, SECRETARY,
   | U.S. DEPARTMENT OF THE NAVY,
21 |
   |      Defendant.
22 |

23

24       The parties stipulate, subject to the approval of the Magistrate Judge as provided for

25 hereon, that the time to file defendant's opposition and cross-motion, set by Scheduling Order

26 filed October 26, 2006, paragraph 3, be EXTENDED by three weeks, from February 21,

27 2007, until March 14, 2007.  This does not change the remainder of the briefing schedule or

28 the hearing.  No previous extension of this time has been sought or granted.

                                                1

Dated: February 20, 2007                 /s/ Billie Harris
                                          BILLIE HARRIS
                                          Plaintiff Pro Se


Dated: February 20, 2007                 McGREGOR W. SCOTT
                                          United States Attorney

                                   By:    /s/ Y H T Himel
                                          YOSHINORI H. T. HIMEL
                                          Assistant U. S. Attorney
                                          Attorneys for Defendant


## ORDER

It is APPROVED and SO ORDERED.

DATED: February 20, 2007.


_____
U.S. MAGISTRATE JUDGE