McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON R. ENGLAND, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendant. | CIV-S-02-2436 KJM PS<br><br>**DEFENDANT'S CONSENSUAL EX PARTE APPLICATION FOR 23-DAY INITIAL EXTENSION OF TIME TO FILE REPLY**; **ORDER** |
| BILLIE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON R. ENGLAND, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendant. | CIV-S-02-2440 KJM PS |

   Defendant, the Secretary of the Navy, applies under Local Rule 6-144 for a 23-day initial extension, from May 22 until June 14, 2007, of the time for his reply as provided by the Scheduling Order filed October 26, 2006, Clerk's Record ("CR") number 65 in 02-2436. The reasons for this application are shown in the accompanying counsel declaration. Plaintiff has consented to this extension. A suggested form of Order is included in the event this application is granted.

| | |
|---|---|
| Dated: May 22, 2007 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Y H T Himel<br>YOSHINORI H. T. HIMEL<br>Assistant U.S. Attorney |

## DECLARATION

YOSHINORI H. T. HIMEL, pursuant to 28 U.S.C. 1746(2), declares as follows:

1. I am an Assistant United States Attorney assigned to represent the Secretary of the Navy in the captioned case.

2. The extension requested in this ex parte application is for the Secretary's reply to plaintiff's 73-page opposition argument, CR 73; to her 17-exhibit "Response and Opposition," CR 72, including exhibit 119, a 24-page declaration; to her 32-page response to undisputed facts, CR 74; and to the corrections she filed May 9, 2007, CR 77.

3. The extension sought is from the May 22 date set in the Scheduling Order until June 14, 2007. It does not affect the hearing date. No previous extension of this time has been sought or granted.

4. To make proper reply, I need more time for communication with witnesses and with the agency, and for editing to assure myself of adequate coverage with conciseness. I believe that the requested extension will allow me to do this.

5. On May 11, 2007, I telephoned for plaintiff and left a voice message requesting this extension. On May 12, 2007, plaintiff left me a voice mail saying she consents to the extension so long as it does not affect the hearing date. On May 14, 2007, I received a faxed consent. An accurate copy of the written consent is attached.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2007.

/s/ Y H T Himel
YOSHINORI H. T. HIMEL

<pre>
18
19                                    ORDER
20        It is APPROVED and SO ORDERED.  Defendant's time for reply, set by Scheduling
   Order filed October 26, 2006,  is EXTENDED from May 22 until June 14, 2007.
21
22 DATED:  May 22, 2007.
23
24                                    _____
25                                    U.S. MAGISTRATE JUDGE
26
27
28
</pre>