1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BILLIE HARRIS,

12                    Plaintiff,              CIV. S-02-2436  KJM PS

13           v.

14   DONALD WINTER, SECRETARY,
     U.S. DEPARTMENT OF THE NAVY,
15
                    Defendant.
16   _____/

17   BILLIE HARRIS,

18                    Plaintiff,              CIV. S-02-2440 KJM PS

19           v.

20   DONALD WINTER, SECRETARY,
     U.S. DEPARTMENT OF THE NAVY,          ORDER
21
                    Defendant.
22   _____/

23           Hearing on the cross-motions for summary judgment was held before the

24   undersigned on June 27, 2007.  Plaintiff appeared in propria persona.  Yoshinori Himel appeared

25   for defendant.  Upon review of the documents in support and opposition, upon discussion of

26   /////

                                    1

plaintiff and counsel, and good cause appearing, IT IS HEREBY ORDERED that:

1.  No later than July 20, 2007, defendant may file objections to the documents filed by plaintiff on June 27, 2007.

2.  No later than August 8, 2007, defendant shall submit proposed findings of fact and conclusions of law.  Said document shall include a chronology, definitions of terms and acronyms, and proposed resolution of the cross-motions, with citation to appropriate case law and references to exhibits.

3.  No later than August 22, 2007, plaintiff may file objections to the proposed findings of fact and conclusions of law.  Said objections shall be limited to fifteen pages and shall not include exhibits.

4.  Other than as set forth above, no further briefing on this matter shall be considered by the court.

DATED:  June 28, 2007.

_____
U.S. MAGISTRATE JUDGE

006
harris.oah

2